

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| DARRELL WYKEL, § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | Civil Action No.: 0:18-02535-MGL | |
| § | | |
| ANDREW M. SAUL, § | | |
| *Commissioner of Social Security*, § | | |
| Defendant. § | | |

# ORDER GRANTING PLAINTIFF'S UNOPPOSED
# MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

This is a Social Security appeal. Pending before the Court is Plaintiff Darrell Wykel's motion under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), for attorney fees in the amount of $3,558.75 and $20.64 in expenses. Defendant Andrew M. Saul does not oppose the motion.

Having carefully considered the motion, the response, the record, and the relevant law, it is the judgment of the Court the motion is **GRANTED**.

**IT IS SO ORDERED**.

Signed this 17th day of March, 2020, in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE